Filing # 145916600 E-Filed 03/17/2022 01:57:08 PM

|  |  |
|---|---|
| | IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA |
| LORENA ADDERLY, | CASE NO.: 2022-005030-CA-01 |
| Plaintiff, | |
| vs. | |
| TARGET CORPORATION, | |
| Defendant. | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiff, LORENA ADDERLY, by and through undersigned counsel, sues the Defendant, TARGET CORPORATION, and as grounds thereof, would state as follows:

1. This is an action for damages in excess of the minimum jurisdictional limits of this Court, exclusive of interest and costs.

2. At all times material herein, the Defendant, TARGET CORPORATION, owned, controlled and/or maintained a store located at 21265 Biscayne Boulevard, Aventura, Florida 33165.

3. At all times material herein, the Defendant, TARGET CORPORATION, was a foreign corporation doing business and maintaining stores in and throughout Florida.

4. At all times material herein, the Plaintiff, LORENA ADDERLY, was a resident of Miami-Dade County, Florida.

## COUNT I

## CLAIM FOR NEGLIGENCE AGAINST TARGET CORPORATION

Plaintiff adopts and realleges paragraphs 1 through 4 as if specifically set forth herein and further alleges:

5. On or about April 21, 2021, the Plaintiff, LORENA ADDERLY, was a business invitee at the aforementioned premises when she slipped on a clear substance on the ground causing her to sustain serious injuries.

6. At all times material herein, the Defendant, TARGET CORPORATION, owed the Plaintiff a duty to maintain its premises in a reasonably safe condition, to refrain from conduct which would injure her, and to warn the Plaintiff of dangerous conditions on the premises.

7. On or about April 21, 2021, at the time of the Plaintiff's accident herein, the Defendant, TARGET CORPORATION, its agents, servants or employees, breached its duty owed to the Plaintiff, LORENA ADDERLY, by negligently maintaining its premises and by failing to properly and safely inspect said premises.

8. More specifically, at the time of the Plaintiff's accident, the Defendant, TARGET CORPORATION, breached its duty owed to the Plaintiff by committing the following negligent acts and/or omissions:

    a. Negligently allowing a slippery substance to remain on the floor for an unreasonable amount of time; and/or

    b. Negligently failing to remove or clean up the substance from the floor within a reasonable amount of time; and/or

      c. Negligently failing to place cones, signs or otherwise warn or advise the Plaintiff of the presence of this substance on the floor; and/or

      d. Negligently failing to take appropriate actions to prevent the presence of this substance on the floor; and/or

      e. Negligently failing to reasonably inspect the area of the floor where Plaintiff's accident occurred; and/or

      f. Negligently causing a slippery substance to exist on the floor for an unreasonable amount of time; and/or

      g. Was otherwise negligent at the time and place complained of.

9. At all times material herein, the Defendant, TARGET CORPORATION, created, knew or, in the exercise of reasonable care, should have known of the existence of this hazardous condition, and/or the condition had existed for a sufficient length of time that the Defendant knew or should have known of the condition and could have easily remedied it.

10. As a direct and proximate result of the Defendant's negligence, the Plaintiff, LORENA ADDERLY, slipped and suffered bodily injury and resulting pain and suffering, disabilities, disfigurement, mental anguish, physical impairment, inconvenience, loss of capacity for the enjoyment of life, surgeries, an aggravation of an existing disease, physical defect, or condition, the expense of hospitalization, medical and nursing care and treatment, as well as lost wages, earnings, and employment benefits in the past, and loss of earning capacity, wages, earnings, and employment benefits in the future. All of the losses and damages are either permanent or continuing, and the Plaintiff will suffer the losses and damages in the future.

**WHEREFORE**, the Plaintiff, LORENA ADDERLY, demands judgment for damages against the Defendant, TARGET CORPORATION, including costs, and demands a trial by jury of all issues so triable as of right by a jury.

DATED this 17th day of March, 2022.

**WALD, GONZALEZ & GRAFF, P.A.**
*Attorneys for Plaintiff*
121 Alhambra Plaza, Suite 1500
Coral Gables, Florida 33134
Telephone:   (305) 577-7778
Facsimile:    (305) 577-9757
Court Documents/Pleadings:
Rmgpleadings@wgglaw.net
Correspondence:
Rmg@wgglaw.net ; Cherrera@wgglaw.net

BY:   /s/ ROBERT M. GRAFF
       ROBERT M. GRAFF, ESQ.
       FLORIDA BAR NO.  121193